In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY. WILHELMINA BARASCH, as Administratrix of the Estate of MORRIS BARASCH, Deceased, Appellant-Respondent; SAMUEL MARKOWITZ, Respondent-Appellant. ROBERT E. DINEEN, Superintendent of Insurance, as Liquidator of Lawyers Mortgage Company, Respondent.— Order entered August 10, 1944, unanimously modified by increasing the amount directed to be paid to Wilhelmina Barasch, as administratrix, etc., from $6,000 to $7,800, and by decreasing the amount

directed to be paid to Samuel Markowitz from $5,332.46 to $3,532.46, and as so modified, affirmed, with twenty dollars costs and disbursements to the appellant Wilhelmina Barasch, as administratrix, etc., against the petitioner-respondent-appellant, Samuel Markowitz. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.